

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-55,166-06

### EX PARTE DONALD KEITH EMICH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-2-W011929-1486612-A
### IN THE CRIMINAL DISTRICT COURT NO. 2 FROM TARRANT COUNTY

*Per curiam*.

### O P I N I O N

A jury convicted Applicant of felony assault with family violence. The trial court assessed a thirty-year, habitual-felon sentence of imprisonment. The Second Court of Appeals affirmed the conviction. *Emich v. Texas*, No. 02-18-00059-CR (Tex. App.—Fort Worth del. Jan. 24, 2019). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his appellate counsel failed to timely inform him that the appellate court had affirmed the conviction and that he could seek further appellate review. Appellate counsel has responded. The trial court, with the State's agreement, finds that Applicant was not timely informed of the appellate decision and was denied his right to seek further appellate review.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Second Court of Appeals in cause number No. 02-18-00059-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: August 25, 2021
Do not publish